

# Davis & Gelshenen LLP
ATTORNEYS AT LAW
EXPERIENCED. TRUSTED. RECOMMENDED.

## THIS IS AN ADVERTISEMENT FOR LEGAL SERVICES

www.dgattorneys.com

Toll Free: (866) 427-2121

Personal que habla Español
Primera Consulta Gratis

September 15, 2015

Jonathan Hatch
715 N Graham St Ste 206
Charlotte, NC 28202

Re: Recent Auto Accident

Dear Jonathan Hatch,

    It is my understanding that you may have been injured in an accident. I understand that this may be a very difficult time for you and your family, but I feel that it is important that you know your rights and that you begin protecting those rights as soon as possible.

    As an attorney who used to represent insurance companies, I know that the insurance company for the other driver is busy protecting its rights by investigating the accident, taking witness statements, and taking photographs, all to preserve evidence to use against you. Therefore, it is important that someone begins preserving evidence for you.

    If you have any questions regarding your personal injury claim, please give us a call TOLL FREE at (866) 427-2121. At Davis & Gelshenen LLP there are no fees charged unless I win your case. I handle cases throughout the state of North Carolina, and I can meet with you at your home to discuss your case.

Very Truly Yours,

John J. Gelshenen

Toll Free: 866-427-2121

**STATEWIDE PRACTICE**

**CHARLOTTE OFFICE**
525 North Tryon Street
Suite 1600
Charlotte, NC 28202

**GREENSBORO OFFICE**
717 Green Valley Rd.
Suite 200
Greensboro, NC 27908
(By Appointment Only)

**WINSTON-SALEM OFFICE**
615 St. George Square.
Suite 300
Winston-Salem, NC 27103
(By Appointment Only)

**RALEIGH-DURHAM OFFICE**
4819 Emperor Boulevard
Suite 400
Durham, NC 27713
(By Appointment Only)

**ASHEVILLE OFFICE**
28 Schenck Parkway, Building 2B
Suite 200
Asheville, NC 28803
(By Appointment Only)



EXHIBIT 1