## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-449-KDB-DCK

| | |
|---|---|
| JOHNATHAN HATCH, on behalf of himself and others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| LEXISNEXIS RISK SOLUTIONS, INC., a Georgia Corporation, LEXISNEXIS CLAIMS SOLUTIONS, INC., an Arizona Corporation; LEXISNEXIS COPLOGIC SOLUTIONS, INC., a Delaware Corporation; and POLICEREPORTS.US, LLC, a North Carolina Limited Liability Company, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by D. Kyle Deak, concerning Ronald Irvin Raether, Jr. on October 14, 2019. Ronald Irvin Raether, Jr. seeks to appear as counsel *pro hac vice* for Defendants LexisNexis Risk Solutions, Inc.; LexisNexis Claims Solutions, Inc.; LexisNexis CopLogic Solutions, Inc.; and PoliceReports.US, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Ronald Irvin Raether, Jr. is hereby admitted *pro hac vice* to represent Defendants LexisNexis Risk Solutions,

Inc.; LexisNexis Claims Solutions, Inc.; LexisNexis CopLogic Solutions, Inc.; and PoliceReports.US, LLC.

**SO ORDERED**.

Signed: October 15, 2019

David C. Keesler
United States Magistrate Judge