## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:19-CV-449-KDB-DCK

| | | |
|---|---|---|
| **JOHNATHAN HATCH, on behalf of himself and others similarly situated,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **LEXISNEXIS RISK SOLUTIONS, INC., a Georgia Corporation, LEXISNEXIS CLAIMS SOLUTIONS, INC., an Arizona Corporation; LEXISNEXIS COPLOGIC SOLUTIONS, INC., a Delaware Corporation; and POLICEREPORTS.US, LLC, a North Carolina Limited Liability Company,** | ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Dennis Kyle Deak, concerning Cindy Dawn Hanson on October 14, 2019.  Cindy Dawn Hanson seeks to appear as counsel *pro hac vice* for Defendants LexisNexis Risk Solutions, Inc.; LexisNexis Claims Solutions, Inc.; LexisNexis CopLogic Solutions, Inc.; and PoliceReports.US, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**.  Cindy Dawn Hanson is hereby admitted *pro hac vice* to represent Defendants LexisNexis Risk Solutions, Inc.;

LexisNexis Claims Solutions, Inc.; LexisNexis CopLogic Solutions, Inc.; and PoliceReports.US, LLC.

**SO ORDERED**.

Signed: October 15, 2019

David C. Keesler
United States Magistrate Judge