# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-449-KDB-DCK

| | |
|---|---|
| JOHNATHAN HATCH, on behalf of himself and others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEXISNEXIS RISK SOLUTIONS, INC., a )<br>Georgia Corporation, )<br>LEXISNEXIS CLAIMS SOLUTIONS, INC., )<br>an Arizona Corporation; )<br>LEXISNEXIS COPLOGIC SOLUTIONS, )<br>INC., a Delaware Corporation; and )<br>POLICEREPORTS.US, LLC, a North )<br>Carolina Limited Liability Company, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by Dennis Kyle Deak, concerning Julie Diane Hoffmeister on October 14, 2019. Julie Diane Hoffmeister seeks to appear as counsel *pro hac vice* for Defendants LexisNexis Risk Solutions, Inc.; LexisNexis Claims Solutions, Inc.; LexisNexis CopLogic Solutions, Inc.; and PoliceReports.US, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. Julie Diane Hoffmeister is hereby admitted *pro hac vice* to represent Defendants LexisNexis Risk Solutions,

Inc.; LexisNexis Claims Solutions, Inc.; LexisNexis CopLogic Solutions, Inc.; and PoliceReports.US, LLC.

**SO ORDERED**.

Signed: October 15, 2019

David C. Keesler
United States Magistrate Judge