**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:19-CV-449-KDB-DCK**

| | | |
|---|---|---|
| **JOHNATHAN HATCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **LEXISNEXIS RISK SOLUTIONS, INC.,** | ) | |
| **LEXISNEXIS CLAIMS SOLUTIONS, INC.,** | ) | |
| **POLICEREPORTS.US, LLC,  LEXISNEXIS** | ) | |
| **COPLOGIC SOLUTIONS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Approval Of Non-Certified Mediator" (Document No. 48) filed June 5, 2020.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Approval Of Non-Certified Mediator" (Document No. 48) is **GRANTED**.  Rodney A. Max is approved to serve as mediator in this matter.

Signed: June 8, 2020

David C. Keesler
United States Magistrate Judge